| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Acting Federal Defender |
| 2 | JEROME PRICE, Bar #282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | SHANNON N. JOHANNSEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-00171 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE AND ORDER THEREON** |
| | ) | |
| SHANNON N. JOHANNSEN, | ) | Date: September 16, 2013 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL TIERNEY, Assistant United States Attorney, counsel for plaintiff, and JEROME PRICE, Assistant Federal Defender, counsel for defendant, SHANNON N. JOHANNSEN, that the date for status conference in this matter may be continued to September 16, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 29, 2013. The requested new date is September 16, 2013.**

The continuance is requested due to the unavailability of defense counsel. Additionally, the parties are currently in settlement negotiations.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the

///

///

ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 24, 2013 | By | */s/ Michael Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 24, 2013 | By | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Shannon N. Johannsen |

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   July 24, 2013             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE