BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00171-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SHANNON NICOLE JOHANNSEN, | |
| Defendant. | |

Based upon the plea agreements entered into between United States of America and defendant Shannon Nicole Johannsen, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), defendant Shannon Nicole Johannsen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Apple iBook G4 laptop (SN: LW4071AQQQQA);
   b. Dell Studio XPS laptop (SN: HZ45RJ1);
   c. Hewlett Packard/Compaq C700 laptop (SN: CND7383NDM);
   d. Dell Latitude 510 laptop (SN: 3R2DP81);
   e. Gigaware Hard Drive (SN: NS89T622A4P9);

    f. Black Sandisk Cruzer Glide 16GB Thumb drive;

    g. Samsung Google cell phone (FCC ID: A3LSPHD720);

    h. Samsung Model SPH-M390 cell phone (FCC ID: A3LSPHM390); and

    i. Samsung Galaxy S cell phone (FCC ID: A3LSPHL710).

  2. The above-listed assets constitute property which constitutes, is derived from proceeds traceable to, or are involved in a violation of 18 U.S.C. §§ 471 and 474.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 982(b)(1), and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **November 21, 2013**      /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE